UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JEREMY LITTLE, et al., | ) | CASE NO.   1:17-cv-01904 |
| | ) | |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| LEDNOR CORPORATION, et al., | ) | |
| | ) | |
| Defendant. | ) | |

The Court has been advised by counsel of record that the above-captioned case has been settled.  Accordingly, this case is dismissed with prejudice, each party to bear its own costs. Notice by the Clerk of Courts being hereby waived.

The Court retains jurisdiction to ensure that the settlement agreement is executed and to approve the settlement.  The parties should submit their proposed settlement agreement for the Court's approval no later than 14 days from the date of this Order.

The teleconference scheduled for 10:30AM today is hereby **CANCELLED.**

       **IT IS SO ORDERED.**

       */s/ Dan Aaron Polster Aug. 15, 2018*
       **DAN AARON POLSTER**
       **UNITED STATES DISTRICT JUDGE**