UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MARTIN PINTER, *et al.*, ) | Case No. 1:17-CV-1904 |
| ) | |
| Plaintiffs, ) | JUDGE DAN AARON POLSTER |
| ) | |
| vs. ) | |
| ) | **FINAL ORDER AND JUDGMENT** |
| LEDNOR CORPORATION ) | **APPROVING SETTLEMENT** |
| (d/b/a GUTTER HELMET, *et al.* ) | |
| ) | |
| Defendants. ) | |

This matter is before the Court on the Parties' Joint Motion for Approval of Settlement ("Joint Motion") pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). The Joint Motion asks the Court to approve, as fair and reasonable, the proposed *Joint Stipulation of Settlement and Release* ("Settlement Agreement") attached to the Joint Motion as Exhibit 1, as well as the Individual Payments Allocation Schedule attached as Exhibit 3.

Having reviewed the Settlement Agreement and the Individual Payments Allocation Schedule, as well as the pleadings and papers filed in this Action, and for good cause established therein, the Court enters this Final Order and Judgment approving the Settlement, as follows:

1. Plaintiff Martin Pinter asserts wage-and-hour claims under the FLSA, 29 U.S.C. §§ 201-219, as well as the Ohio Minimum Fair Wage Standards Act, Ohio Rev. Code Ann. Chapter 4111. Plaintiffs Jeremy Little and Richard Pinter further allege FLSA retaliation claims under 29 U.S.C. § 215(a)(3) and 29 U.S.C. § 216(b).

2. The Settlement will cover Plaintiffs Martin Pinter, Jeremy Little and Richard Pinter as well as the other Opt-In Plaintiffs and represented parties listed in the Individual Payments Allocation Schedule, all of whom joined the action by submitting consent forms filed with the Court in accordance with 29 U.S.C. § 216(b).

3. The Court finds that the proposed Settlement is fair and reasonable and satisfies the standard for approval under the FLSA, 29 U.S.C. § 216(b).

4. The Court approves the Settlement Agreement and Individual Payments Allocation Schedule, and orders that the Settlement Agreement be implemented according to its terms and conditions and as directed herein.

5. The Court finds that the Total Settlement Amount, as well as the proposed distributions to the Plaintiffs and Opt-Ins listed in the Individual Payments Allocation Schedule, are fair and reasonable.  The Court further approves the settlement payments to Plaintiffs Jeremy Little and Richard Pinter in Settlement of their individual retaliation claims. The Court approves the Individual Payments Allocation Schedule and orders that such payments be distributed in the manner, and subject to the terms and conditions, set forth in the Settlement Agreement.

6. The Court approves the proposed service award to Plaintiff Martin Pinter, and orders that such payment be made in the manner, and subject to the terms and conditions, set forth in the Settlement Agreement.

7. The Court approves the payment of attorneys' fees and expense reimbursements to Plaintiffs' counsel as provided in the Settlement Agreement, and orders that such payments be made in the manner, and subject to the terms and conditions, set forth in the Settlement Agreement.

8. The Court dismisses this Action, and all claims of the Named Plaintiff and Opt-Ins, with prejudice.  The Court finds there is no just reason for delay and directs the Clerk of the Court to enter this Final Order and Judgment immediately.

9. As requested by the Parties in the Settlement Agreement, the Court retains jurisdiction over the Action to enforce the terms of the Settlement Agreement and resolve any and all disputes thereunder.

SO ORDERED:

Date:   August 30, 2018

Dan Aaron Polster
United States District Judge